IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CASE NO. 3:25-CR-373-N |
| ABLE GROUPE INC. | § § | |

REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY

ABLE GROUPE INC., by consent and under the authority of *United States v. Dees*, 125 F.3d 261 (5th Cir. 1997), appeared before me pursuant to FED. R. CRIM. P. 11, and entered a plea of guilty to **Counts One and Two of the 2-count Information, filed August 15, 2025**. After cautioning and examining **ABLE GROUPE INC.'s corporate representative** under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty pleas entered by **ABLE GROUPE INC.** were knowledgeable and voluntary, and that the offenses charged are supported by an independent basis in fact containing each of the essential elements of each such offense.

Thus, I recommend that the guilty pleas be accepted, and that **ABLE GROUPE INC.** be adjudged guilty of **Importing Food in Violation of the Prior Notice Requirements with Intent to Defraud and Mislead, in violation of 21 U.S.C. §§ 331(ee) and 333(a)(2),** and **Smuggling Goods into the United States, in violation of 18 USC § 545,** and have sentence imposed accordingly.

SIGNED October 16, 2025.



_____
RENEE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE

**NOTICE**

Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).